- 1 -

1  Your Name: Jared Marcus Overton
2  Address: 415 15th St. Apt 17 Oakland, CA, 94612
3  Phone Number: 510-472-2159
4  Fax Number:
5  E-mail Address: 7kingsinc@gmail.com
6  Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jared Marcus Overton

Plaintiff,

vs.

RCI Music Promotion
Ray Roberts

Defendant.

Case Number  [leave blank]  C23-05430

**COMPLAINT**  KAW

**DEMAND FOR JURY TRIAL**
Yes [✓]  No [ ]

FILED
OCT 23 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: Jared Marcus Overton
Address: 415 15th St Oakland CA. 94612
Telephone: 510 472 2159

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

- 2 -

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Ray Robert with RCI Music Promotion

Address: 2060 ~~[scribbled]~~ Mallory, suite 130 Franklin TN 37067

Telephone: 615 599 5722

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] I do not know.
_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   ☐ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

   ☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   ☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in Contra Costa County County, it should be assigned to the Federal Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

I did a music contract with these people for a radio promo with a potential of a movie. I cannot solidly prove that they pursued to the movie without my knowledge

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

___. but I been having so many non normal things happening around I think they went along with the movie anyway. I signed a contract ___. by these people with a unregistere entinty which was mine Yung Eel, Doc Jared Marcos Overton and also Global Warning E.N.T under the impression if ___. I domained both the entinty's I would not have to register the entinty just yet. By commerce law by our government office of registry. Now At the time ___. I signed the contract I was not in full compliance with my citizenship. due to lack of work, ~~~~~ I really do not want no money from these ___. people I am just trying to figure out whether or not did the pursue the movie. I think by me not being in full compliance with my citizenship // I think they start fondeling // with my name. Now I fixed my Government recently and with so Im trying to make sure Anvers no funny Bussiness —

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

- 7 -

**DEMAND FOR RELIEF**

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

I would like the court to see if they went ahead with the movie anyway through the ~~was~~ registered entinty Global Warming E.N.T and if so with whom when and the ~~trans~~ transcripts of who was involved.

**DEMAND FOR JURY TRIAL**

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[✓] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10-23-2023    Sign Name: Jared Marcus Overton
                    Print Name: Jared O.

COMPLAINT
PAGE ___ OF ___    *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

1  \_\_\_.
2
3
4
5
6
7
8  \_\_\_.
9
10
11
12
13
14  \_\_\_.
15
16
17
18
19
20  \_\_\_.
21
22
23
24
25
26  \_\_\_.
27
28

COMPLAINT
PAGE \_\_\_ OF \_\_\_   *[JDC TEMPLATE – 05/17]*

## CLAIMS

### First Claim

(Name the law or right violated: Fraudelant activity of Mislead Conduct of lack of Rcommunication.)
(Name the defendants who violated it: Ray Roberts)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

\_\_\_\_. _____

\_\_\_\_. _____

\_\_\_\_. _____

\_\_\_\_. _____

\_\_\_\_. _____

//

COMPLAINT
PAGE \_\_\_ OF \_\_\_ *[JDC TEMPLATE – 05/17]*

-6-

_____ **Claim**

*(Name the law or right violated:* _____)

*(Name the defendants who violated it:* _____)

\_\_\_. _____

COMPLAINT
PAGE \_\_\_ OF \_\_\_ *[JDC TEMPLATE – 05/17]*